IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CINDY L. HILSGEN,
on behalf of B.J., N.N., and C.J.,

      Petitioner,

v.

JENNELLE WOLF

      Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 18-cv-242-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent dismissing Cindy Lou Hilsgen's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 4/16/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |